THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FREDA HOOSE BRODISH, | |
| Plaintiff, | Civil Action No. 5:15-cv-00357-FL |
| v. | |
| METLIFE, INC., also known as METROPOLITAN LIFE INSURANCE COMPANY, and CHRISTOPHER V. CONWAY, AS PLAN ADMINISTRATOR FOR RESEARCH TRIANGLE INSTITUTE, | ORDER |
| Defendants. | |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the parties' joint request for stay of Rule 26(f) meeting and discovery plan.

For the reasons stated in the parties' Motion, **IT IS HEREBY ORDERED** that the requirement for the parties to propose a discovery plan under Fed. R. Civ. P. 26(f) is stayed until Defendant Conway's *Motion to Dismiss* is determined by this Court and the pleadings in the case are closed as to all parties.

This the  23rd  day of September, 2015.

_____
United States District Judge